UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY DAVIDOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-02148-JST<br><br>**ORDER RE: NOTICE OF PENDING SETTLEMENT**<br><br>Re: ECF No. 104 |

The Court has received the Notice of Pending Settlement filed by Plaintiff Davidovich on January 7, 2014, ECF No. 104, as well as the declaration in support of that notice filed January 9, 2014, ECF No. 105.

The Court hereby STAYS all deadlines pertaining to the pending motion for summary judgment.  The remaining deadlines in the case, including the trial date of April 7, 2014, shall remain as scheduled.

Though the Court will not proceed with the motion hearing currently scheduled for February 6, 2014, at 2:00 p.m., the parties are ordered to appear at a settlement compliance hearing at that date and time.  The Court will vacate the hearing on its own motion if a stipulated dismissal is filed prior to February 6.

**IT IS SO ORDERED.**

Dated:  January 9, 2014

_____
JON S. TIGAR
United States District Judge