UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY DAVIDOVICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-02148-JST<br><br>**ORDER CONTINUING SETTLEMENT COMPLIANCE HEARING, TRIAL DATES** |

　　　　For the reasons set forth in the parties' Joint Case Management Conference Statement filed February 5, 2014, the Court continues today's settlement compliance hearing to April 9, 2014, at 2:00 p.m.

　　　　The Court also continues the trial date in this case to June 16, 2014 at 8:30 a.m.  The final pretrial conference shall take place on May 30, 2014, at 2:00 p.m.  The parties' joint pretrial conference statement is due by May 20, 2014.

　　　　**IT IS SO ORDERED.**

Dated:  February 6, 2014

_____
JON S. TIGAR
United States District Judge